**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6585**

---

CHRIS MURRAY,

                Petitioner - Appellant,

     v.

LORETTA E. LYNCH, U.S. Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT - (ICE); UNITED STATES DEPARTMENT OF JUSTICE,

                Respondents - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:14-cv-03865-TDC)

---

Submitted: August 25, 2016         Decided: August 30, 2016

---

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Chris Murray, Appellant Pro Se. Jane Elizabeth Andersen, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chris Murray appeals the district court's order granting the Government's motion to dismiss in his action seeking mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm the appeal for the reasons stated by the district court. <u>Murray v. Lynch</u>, No. 8:14-cv-03865-TDC (D. Md. Mar. 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>